# Court of Appeals
# of the State of Georgia

ATLANTA,  November 28, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0465. LUZ ALVAREZ v. U.S. BANK NATIONAL TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF LS49 MASTER PARTICIPATION TRUST.**

In December 2022, U.S. Bank National Trust National Association, as Trustee of LSF9 Master Participation Trust ("U.S. Bank") obtained title to certain real property located in Gwinnett County at a judicial foreclosure sale. U.S. Bank then filed a dispossessory action in Gwinnett County Magistrate Court, naming as defendants the property's former owner and "all others" who might be residing at the property. Luz Alvarez answered the complaint, stating that she was renting the property pursuant to a two-year lease agreement. The magistrate court granted U.S. Bank's petition and issued it a writ of possession for the property.  Following a de novo appeal by Alvarez, the superior court affirmed the magistrate court's decision. Alvarez then filed this direct appeal, seeking to challenge the writ of possession. We, however, lack jurisdiction.

An appeal from a superior court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted).

Thus, Alvarez's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__11/28/2023_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*